USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/20/2024

MATTHEW B. JOHNSON
MBJOHNSON@GRSM.COM
DIRECT DIAL: 212.402.2298

**YOUR 50 STATE PARTNER**®

ATTORNEYS AT LAW
ONE BATTERY PARK PLAZA, 28TH FL.
NEW YORK, NY 10004
WWW.GRSM.COM

May 17, 2024

The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Via ECF and email to Torres_NYSDChambers@nysd.uscourts.gov

> Re:   *Shey Carrasquillo v. National Credit Systems, Inc. &*
> *Law Office of Brett M. Borland, P.C.*
> Case No. 1:24-cv-01029 (AT)
> Request to Recognize Amended Complaint as Operative

Dear Judge Torres:

My firm represents defendants National Credit Systems, Inc. and Law Office of Brett M. Borland, P.C. (together, "Defendants") in this matter. On May 8, 2024, the Court granted the Parties' Stipulation for Leave to File an Amended Complaint by May 15, 2024. ECF No. 28. Plaintiff, however, filed the First Amended Complaint on May 16, 2024. ECF No. 29.

Defendants waive any objection to the filing of the Amended Complaint shortly after the deadline and respectfully request that the Court recognize Plaintiff's First Amended Complaint (ECF No. 29) as the operative complaint.

CCS thanks the Court in advance for its consideration of this request.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

Matthew B. Johnson

GRANTED.

SO ORDERED.

Dated: May 20, 2024
New York, New York

_____
ANALISA TORRES
United States District Judge