```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SHEY CARRASQUILLO, individually and on behalf of all others similarly situated,

                        Plaintiff,

-against-

NATIONAL CREDIT SYSTEMS, INC.,
LAW OFFICE OF BRETT M. BORLAND, P.C.,

                        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/21/2024
```

24 Civ. 1029 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 10, 2024, in accordance with paragraph III(B)(iii) of the Court's Individual Rules and Practices, Defendants filed their second pre-motion letter seeking leave to move to dismiss the amended complaint. ECF No. 34. The Court's Rules require the nonmovant to file her opposition papers "within five business days after receipt of the movant's letter." Individual Rules ¶ III(A)(ii). That deadline has since passed.

    Accordingly, by **June 27, 2024**, Plaintiff shall file her pre-motion response letter or otherwise indicate her intentions with respect to the prosecution of this matter.

    SO ORDERED.

Dated: June 21, 2024
       New York, New York

                                            ANALISA TORRES
                                     United States District Judge