```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SHEY CARRASQUILLO,

                Plaintiff,

-against-

NATIONAL CREDIT SYSTEMS, INC., LAW
OFFICE OF BRETT M. BORAND, P.C.,

                Defendants.

24 Civ. 1029 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      In light of Defendant's pending motion to dismiss, ECF No. 38, the case management conference scheduled for September 10, 2024, is ADJOURNED *sine die*.

      With respect to summary judgment, the deadlines to submit pre-motion letters and/or request a pre-motion conference, *see* ECF No. 24 ¶ 8; Individual Practices in Civ. Cases § III(C), shall be stayed pending further order of the Court.

      SO ORDERED.

Dated: September 4, 2024
       New York, New York

                                                  ANALISA TORRES
                                      United States District Judge