UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEY CARRASQUILLO,

               Plaintiff,

      -against-

NATIONAL CREDIT SYSTEMS, INC.,
LAW OFFICE OF BRETT M. BORAND, P.C.,

               Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:  _____
DATE FILED:  _2/18/2025_
```

24 Civ. 1029 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The deadline to submit pre-motion letters for summary judgment, *see* ECF No. 24 ¶ 8; Individual Practices in Civ. Cases § III(C), shall be thirty days following the settlement conference before the Honorable Sarah L. Cave, *see* ECF Nos. 43, 47.

      SO ORDERED.

Dated: February 18, 2025
      New York, New York

                                 ANALISA TORRES
                        United States District Judge