UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEY CARRASQUILLO,<br><br>                              Plaintiff,<br><br>        -v-<br><br>NATIONAL CREDIT SYSTEMS, INC., et al.,<br><br>                              Defendants. | CIVIL ACTION NO. 24 Civ. 1029 (AT) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

This matter has been referred to the undersigned for settlement. (ECF No. 47). Accordingly, a telephone conference is scheduled for **Wednesday, February 26, 2025 at 11:00 a.m. EST** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; access code: 751-317-510#, at the scheduled time. At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:     New York, New York
           February 19, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**