UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEY CARRASQUILLO,

                        Plaintiff,

        -v-                                                    CIVIL ACTION NO. 24 Civ. 1029 (AT) (SLC)

NATIONAL CREDIT SYSTEMS, INC., et al.,                                **ORDER**

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Today, April 10, 2025, the Court held a settlement conference with the parties. A follow-up telephone conference regarding the status of the parties' negotiations is scheduled for **Friday, April 25, 2025 at 10:00 a.m.** on the Court's Webex platform. The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654, at the scheduled time.

Dated:        New York, New York
              April 10, 2025

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**