UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEY CARRASQUILLO,

               Plaintiff,

-v-

NATIONAL CREDIT SYSTEMS, INC., et al.,

               Defendants.

CIVIL ACTION NO. 24 Civ. 1029 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic status conference held today, April 25, 2025, by **Friday, May 2, 2025,** the parties shall file either (1) a stipulation of dismissal for the attention of the Honorable Analisa Torres or (2) a letter advising the Court as to the status of settlement negotiations, when they anticipate filing a stipulation of dismissal, and whether a further conference is necessary.

Dated:    New York, New York
            April 25, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**