UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEY CARRASQUILLO,

                    Plaintiff,

-v-

NATIONAL CREDIT SYSTEMS, INC., et al.,

                    Defendants.

CIVIL ACTION NO. 24 Civ. 1029 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On May 2, 2025, the parties were directed to file a stipulation of dismissal for the attention of the Honorable Analisa Torres by June 2, 2025 (ECF No. 54). The parties have failed to meet this deadline. As a one-time courtesy, the Court grants a sua sponte extension to file the stipulation of dismissal by **Friday, June 6, 2025**.

Dated:      New York, New York
              June 3, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**